**ORIGINAL**

THIS INDEX NUMBER MUST
BE SHOWN ON ALL PAPERS
FILED WITH THE COURT

UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

**12-00326**

| Kuka Robotics Corp. |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S      Case #

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| Port of Entry: | Detroit | Date Protest Filed: | 05/04/12 |
|---|---|---|---|
| Protest Number: | 3801-12-100361 | Date Protest Denied: | 05/30/12 |
| Importer: | Kuka Robotics Corp. | | |
| Category of Merchandise: | Industrial Robots; Controller, and parts | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0101648-2 | 03/15/11 | 01/27/12 | | | |
| 0101649-0 | 03/20/11 | 02/03/12 | | | |
| 0101749-8 | 03/22/11 | 02/03/12 | | | |
| | | | | | |

Port Director,
Port Director of Customs
U.S. Customs & Border Protection
477 Michigan Avenue
Detroit, MI 48224

Address of Customs Port in
Which Protest was Denied

Edmund Maciorowski
101 West Long Lake Road
Bloomfield Hills, MI 48304
(248) 646-6771
emaciorowski@emcustoms.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Industrial Robots, Controllers, and Parts | 8479.50.00, HTSUS and/or 8537.10.90, HTSUS and/or 8515.90.20, HTSUS | 2.5% *ad val.* and/or 2.7% *ad val.* and/or 1.6% *ad val.* | 8515.21.00, HTSUS and/or 8515.90.20, HTSUS and/or 8479.90.94, HTSUS | Free of Duty and/or 1.6% *ad val.* and/or Free of Duty |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the industrial robots, controllers, parts, equipment and/or accessories are principally used as material handling and/or welding machines or apparatus.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney
10/19/12
_____
Date

Form 1-3

3801  SCHEDULE OF PROTESTS

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 12100071 | 01/17/12 | 04/24/12 | 0100546-9 | 10/17/10 | 09/02/11 |
| | | | 0100558-4 | 10/18/10 | 09/02/11 |
| | | | 0100727-5 | 10/19/10 | 09/02/11 |
| | | | 0100737-4 | 10/18/10 | 09/02/11 |
| | | | 0100796-0 | 10/26/10 | 09/09/11 |
| 12100394 | 05/14/12 | 06/20/12 | 0101807-4 | 04/01/11 | 02/10/12 |
| 12100414 | 05/21/12 | 06/11/12 | 0102075-7 | 04/07/11 | 02/17/12 |
| 12100417 | 05/25/12 | 06/11/12 | 0102201-9 | 04/15/11 | 02/24/12 |
| | | | 0102239-9 | 04/14/11 | 02/24/12 |
| | | | 0102240-7 | 04/14/11 | 02/24/12 |
| | | | 0102076-5 | 04/11/11 | 02/24/12 |
| | | | 0102102-9 | 04/11/11 | 02/24/12 |
| 12100427 | 06/04/12 | 06/20/12 | 0102204-3 | 04/23/11 | 03/02/12 |
| 12100470 | 06/19/12 | 07/11/12 | 0102208-4 | 05/06/11 | 03/16/12 |
| 12100444 | 06/11/12 | 07/17/12 | 0101813-2 | 04/28/11 | 03/09/12 |
| | | | 0102269-6 | 04/25/11 | 03/09/12 |
| 12100482 | 06/29/12 | 08/02/12 | 0102213-4 | 05/12/11 | 03/23/12 |
| | | | 0102207-6 | 05/20/11 | 03/30/12 |
| | | | 0102210-0 | 05/20/11 | 03/30/12 |
| 12100483 | 06/29/12 | 08/02/12 | 0102401-5 | 05/09/11 | 03/23/12 |
| | | | 0102116-9 | 05/09/11 | 03/23/12 |
| | | | 0102117-7 | 05/09/11 | 03/23/12 |
| | | | 0102205-0 | 05/12/11 | 03/23/12 |
| | | | 0102206-8 | 05/12/11 | 03/23/12 |

Port Director of Customs,

U.S. Customs & Border Protection
477 Michigan Avenue
Detroit, MI 48226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

Form 1-3

3801     SCHEDULE OF PROTESTS

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 12100534 | 07/27/12 | 08/15/12 | 0102529-3 | 06/07/11 | 04/20/12 |
|  |  |  | 0102635-8 | 06/15/11 | 04/27/12 |
|  |  |  | 0102621-8 | 06/09/11 | 04/20/12 |
| 12100581 | 08/10/12 | 08/30/12 | 0102684-6 | 06/27/11 | 05/11/12 |
| 12100592 | 08/17/12 | 09/14/12 | 0102713-3 | 07/06/11 | 05/18/12 |
| 12100494 | 07/09/12 | 09/14/12 | 0102118-5 | 05/25/11 | 04/06/12 |
|  |  |  | 0102215-9 | 05/23/11 | 04/06/12 |
|  |  |  | 0102222-5 | 06/01/11 | 04/13/12 |
|  |  |  | 0102232-4 | 05/29/11 | 04/13/12 |
| 12100567 | 08/06/12 | 09/28/12 | 0102567-3 | 06/21/11 | 05/04/12 |
| 12100608 | 09/04/12 | 09/28/12 | 0102860-2 | 07/19/11 | 06/01/12 |
|  |  |  | 0102861-0 | 07/19/11 | 06/01/12 |
| 12100619 | 09/07/12 | 09/28/12 | 0102680-4 | 07/28/11 | 06/08/12 |
| 12100636 | 09/21/12 | 10/11/12 | 0102886-7 | 08/04/11 | 06/15/12 |
|  |  |  | 0102885-9 | 08/04/11 | 06/15/12 |
| 12100511 | 07/16/12 | 08/22/12 | 0102530-1 | 05/31/11 | 04/13/12 |
|  |  |  | 0102534-3 | 05/31/11 | 04/13/12 |
|  |  |  | 0102109-4 | 04/04/11 | 02/17/12 |
| 12100620 | 09/07/12 | 09/28/12 | 0103036-8 | 07/27/11 | 06/08/12 |

Port Director of Customs,

U.S. Customs & Border Protection
477 Michigan Avenue
Detroit, MI 48226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

RECEIVED & FILED

2012 OCT 22  PM 1: 27

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(d)(4), THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT  10/19/12