## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: UNASSIGNED**

|  |  |
|---|---|
| KUKA ROBOTICS CORPORATION | COURT NUMBER |
| PLAINTIFF, | 12-00326 |
| v. |  |
| THE UNITED STATES, |  |
| DEFENDANT. |  |

## COMPLAINT

Plaintiff, Kuka Robotics Corporation, by and through its counsel, alleges and states the following:

1. That plaintiff is the importer of the merchandise covered by the entries herein.

2. That the entries were the subject of timely filed protests

3. That all liquidated duties have been paid.

4. That the merchandise which is the subject matter of this complaint consists of industrial robots, robot controllers, parts, equipment and/or accessories.

## DESCRIPTION OF THE MERCHANDISE

5. The subject robots are preprogrammed at the time of importation to perform discrete functions.

6. The principal function of the subject robot is restricted by payload capacity and control capacity.

7. The subject robots are imported from Germany.

8. Each of the subject articles were entered into the United States Customs territory complete with robotic arms ("manipulators"), preprogrammed control units ("controllers"), and "teach" pendants.

9. The subject robots were entered into the United States without the presence or attachment of any end-of-arm tooling accessories ("EOA tooling accessories").

10. The subject robots are designed so that EOA tooling accessories may be attached after importation.

11. Specific EOA tooling accessories may be attached to any appropriately preconfigured robot without modification to the robot's hardware or software.

12. The robots, by virtue of their hardware and software configuration at the time of importation, do not function as general purpose or otherwise specified robots.

13. The manipulator and EOA tooling accessories share specialized connections that enable necessary functions for particular applications.

14. Attachment and utilization of any other EOA tooling accessories to a welding robot would require alteration of the robot's hardware and software.

15. The control units ("controllers") of the subject robots are preprogrammed to perform functions at the time of importation.

16. The subject robotic manipulator exhibit movements that are unique to their uses.

17. The subject robots components (manipulator, teach pendants, and preprogrammed control units) are designed to function as a unit.

18. The subject robots components (manipulator, teach pendants, and preprogrammed control units) are intended to contribute together for a specific purpose.

19. The preprogrammed control units of the robots are programmed solely for a particular application.

## CLASSIFICATION DECISION

20. Customs issued HQ 963029, dated July 7, 2000, classified the teach pendants and controls of arc-welding and material-handling robots under Harmonized Tariff Schedule of the United States ("HTSUS") heading 8537 and the manipulators for the robots under HTSUS Subheading 8479.50.00 as "industrial robots not elsewhere specified or included."

21. Upon liquidation of the entries herein, Customs classified the subject articles under HTSUS Subheading 8479.50.00.

22. The subject robots are not properly classifiable under HTSUS Subheading 8479.50.00 because they are more specifically provided for elsewhere in the HTSUS.

23. Note 4 of Section XVL, HTSUS, provides "Where a machine (including a combination of machines) consists of individual components (whether separate or interconnected by piping, by transmission devices, by electric cable or by other devices) intended to contribute together to a clearly defined function covered by one of the headings in Chapter 84 or 85, then the whole falls to be classified in the heading appropriate to that function."

24. The subject manipulators and controllers are integral components of specified function machines, without which, the robots could not function.

25. The subject manipulators and controllers contribute to the safe and efficient operation of these machines.

26. The subject robots comprise of a functional unit contemplated by Note 4, Section XVI and relevant Explanatory Notes.

27. The subject robots are properly classified under HTSUS subheading 8515.21.00 because they are principally designed and used for fully or partially automatic resistance welding of metal.

28. In the alternative, the subject robots are properly classified under HTSUS, Subheading 8515.90.20 as parts of welding machinery.

29. In the alternative, the subject robots are properly classified under HTSUS Subheading 8431.39.00 as material handling robots and parts.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff requests that judgment be entered overruling Defendant's classification, and sustaining Plaintiff's claimed classification of the

imported robots under HTSUS Subheading 8515.21.00, free of duty. In the alternative, Plaintiff requests that judgment be entered overruling Defendant's classification of the imported robots under HTSUS subheading 8515.90.30, dutiable at 1.6% *ad val.* In the alternative, Plaintiff requests that judgment be entered overruling Defendant's classification and sustaining Plaintiff's claimed alternative classification of the imported robots under HTSUS Subheading 8431.39.00 free of duty. Further, Plaintiff respectfully requests that the Court order the appropriate Customs officers to reliquidate the subject entries and refund to Plaintiff the overpayment of duties, together with such interest as provided by law and for such other and necessary relief the Court deems just and appropriate.

Respectfully submitted,

/S/

_____

Edmund Maciorowski
100 E. Big Beaver, Ste. 845
Troy, MI  48083
(248) 646-6771

**ATTORNEY FOR PLAINTIFF:**

Kuka Robotics Corporation
22500 Key Drive
Clinton Township, MI 48036

April 23, 2015

*Kuka Robotics Corporation v. United States*; Court No. 12-00326
Complaint
Page 7 of 7

# CERTIFICATION OF SERVICE BY MAIL

Loryn Retell certifies that she is an Administrative Assistant with offices located at EDMUND MACIOROWSKI, P.C., 100 East Big Beaver, Ste. 845, Troy, MI 48083, and that on April 23, 2015, she served the attached papers upon:

Attorney in Charge
International Trade Field Office
Commercial Litigation Branch
Department of Justice, Civil Div.
26 Federal Plaza
New York, New York 10278

**Attn:**  Marcella Powell, Esq.

the attorney(s) for the Defendant(s) herein, by depositing a true copy thereof in an United States mail receptacle, properly enclosed, postage prepaid, and addressed to said attorney(s) as indicated above.

**/S/**

_____
Loryn Retell